# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE No.: 6:22-cv-00892-PGB-LHP

MICHAEL R. MCNEIL,

    Plaintiff,

vs.

HUNTLEY, et al.,

    Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff MICHAEL R. MCNEIL, and Defendant LOUIS L. HUNTLEY ENTERPRISES, INC., and MY BROTHERS RESTAURANT, LLC, d/b/a MICKEY'S PIZZA CITY, and through their undersigned counsel, hereby file this Joint Stipulation of Dismissal, with prejudice, of this action, against Defendants, LOUIS L. HUNTLEY ENTERPRISES, INC., and MY BROTHERS RESTAURANT, LLC, d/b/a MICKEY'S PIZZA CITY.  Respectfully submitted this 2nd day of September 2022.

| | |
|---|---|
| By: /s/Joe M. Quick, Esq. | By:/s/Mark C. Bryan Esq |
| Joe M. Quick, Esq. | Mark C. Bryan, Esquire |
| Florida Bar No.: 0883794 | Florida Bar No. 112410 |
| Law Offices of Joe M. Quick, P.A. | Lippes & Bryan, P.A. |
| *Counsel for Plaintiff* | *Counsel for Defendant Huntley* |
| 1224 S. Peninsula Drive #619 | 700 Ponte Vedra Lakes Blvd. |
| Daytona Beach, Florida 32118 | Ponte Vedra Beach, FL 32082 |
| Tel: (386) 212-3591 | Tel: (904) 686-1500 |
| E-mail:JMQuickesq@gmail.com | E-mail: bryan01@bellsouth.net |

By: /s/Susanne D. McCabe, Esq.
 Susanne D. McCabe, Esq.
 Florida Bar No.: 0771511
 McCabe Law Firm
 *Counsel for Defendant My Brothers*
 900 N. Swallowtail Dr, Suite 101
 Port Orange, Florida 32129
 Tel: (386) 761-3008
 E-mail: sdm@mccabelawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/Joe M. Quick, Esq.
    Joe M. Quick, Esq.
    Florida Bar No.: 0883794
    Law Offices of Joe M. Quick, P.A.
    *Counsel for Plaintiff*
    1224 S. Peninsula Drive #619
    Daytona Beach, Florida 32118
    Tel: (386) 212-3591
    E-mail:JMQuickesq@gmail.com