# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MICHAEL R. MCNEIL,**

    **Plaintiff,**

v.                                          **Case No: 6:22-cv-892-PGB-LHP**

**LOUIS L. HUNTLEY
ENTERPRISES, INC. and MY
BROTHERS RESTAURANT,
LLC,**

    **Defendants.**
_____/

## ORDER

This cause is before the Court on the parties' Stipulation of Dismissal With Prejudice, filed September 6, 2022 (Doc. 18). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants Louis L. Huntley Enterprises, Inc. and My Brothers Restaurant, LLC are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on September 7, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

2

Copies furnished to:

Counsel of Record
Unrepresented Parties